FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LADONAUGH HALL, an individual, | Case No.: 2:23-cv-01206-CDS-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL, a foreign corporation; FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL and FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL ("Defendants") will have an extension of time, up to and including September 19, 2023 to file their answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

///

///

///

///

1

FP 48098109.1

Counsel is discussing the potential for arbitration and defense counsel requires additional time to become familiar with the facts of this case.

| DATED this 31st day of August, 2023. | DATED this 31st day of August, 2023. |
|---|---|
| JENNINGS & FULTON, LTD. | FISHER & PHILLIPS LLP |
| By: *Logan W. Wilson, Esq.*<br>ADAM R. FULTON, ESQ.<br>LOGAN W. WILLSON, ESQ.<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff* | By: *Allison L. Kheel, Esq.*<br>DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* |

**ORDER**
**IT IS SO ORDERED**

DATED: 2:12 pm, September 01, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

FP 48098109.1