FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LADONAUGH HALL, an individual, | Case No.: 2:23-cv-01206-CDS-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| vs. | |
| COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL, a foreign corporation; FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | **(THIRD REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL and FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL ("Defendants") will have an extension of time, up to and including October 24, 2023 to file their answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

///

///

///

///

///

Counsel is discussing the potential for arbitration and also discussing the potential for settlement of this matter. This extension is sought in good faith and will not cause undue delay or prejudice to either party.

| DATED this 5th day of October, 2023 | DATED this 5th day of October, 2023 |
|---|---|
| JENNINGS & FULTON, LTD. | FISHER & PHILLIPS LLP |
| By: *Logan W. Willson, Esq.*<br>ADAM R. FULTON, ESQ.<br>LOGAN W. WILLSON, ESQ.<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff* | By: *Allison L. Kheel, Esq.*<br>DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED:   10/6/2023

_____
UNITED STATES DISTRICT COURT JUDGE

FP 48391528.1