FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LADONAUGH HALL, an individual, | Case No.: 2:23-cv-01206-CDS-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL, a foreign corporation; FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| | **(FOURTH REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL and FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL ("Defendants") will have an extension of time, up to and including November 7, 2023 to file their answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

///

///

///

///

1

FP 48552776.1

1    Counsel is discussing the potential for arbitration and also discussing the
2    potential for settlement of this matter. This extension is sought in good faith and will
3    not cause undue delay or prejudice to either party.
4    Dated this 23rd day of October, 2023.

| JENNINGS & FULTON, LTD. | FISHER & PHILLIPS LLP |
|---|---|
| By: *Logan W. Willson, Esq.*<br>ADAM R. FULTON, ESQ.<br>LOGAN W. WILLSON, ESQ.<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff* | By: *Allison L. Kheel, Esq.*<br>DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

10/24/2023
DATED

FP 48552776.1