```
1  FISHER & PHILLIPS LLP
   DAVID B. DORNAK, ESQ.
2  Nevada Bar No. 6274
   ALLISON L. KHEEL, ESQ.
3  Nevada Bar No. 12986
4  300 S. Fourth Street, Suite 1500
   Las Vegas, Nevada 89101
5  Telephone: (702) 252-3131
   E-Mail Address: ddornak@fisherphillips.com
6  E-Mail Address: akheel@fisherphillips.com
7  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LADONAUGH HALL, an individual, | Case No.: 2:23-cv-01206-CDS-BNW |
| Plaintiff | STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION |
| vs. | |
| COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL, a foreign corporation; FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | (FIRST REQUEST) |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL and FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL ("Defendants") will have an extension of time, up to and including December 12, 2023 to file its Reply in Support of Defendants' Motion to Compel Arbitration (ECF No. 18).

///

///

///

///

1

FP 48892233.1

1  Defense counsel has recently been ill and is dealing with several other cases
2  and needs additional time to complete the Reply. This extension is sought in good
3  faith and will not cause undue delay or prejudice to either party.
4  Dated this 28th day of November, 2023.

| FISHER & PHILLIPS LLP | JENNINGS & FULTON, LTD. |
|---|---|
| By: /s/ *Allison L. Kheel, Esq.*<br>DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* | By: /s/ *Logan W. Willson, Esq.*<br>ADAM R. FULTON, ESQ.<br>LOGAN W. WILLSON, ESQ.<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

November 30, 2023
DATED

FP 48892233.1