FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LADONAUGH HALL, an individual,<br><br>Plaintiff,<br>vs.<br><br>COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL, a foreign corporation; FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01206-CDS-BNW<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING DECISION ON MOTION TO COMPEL ARBITRATION**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the Parties' counsel of record that all discovery (including the issuance of a discovery plan and scheduling order in this case) be stayed, pending the Court's decision on Defendants' Renewed Motion to Compel Arbitration.

Defendants will be filing a Renewed Motion to Compel Arbitration, contemporaneously with this stipulation. Any attempt to conduct merit-based discovery before a determination on the issue of arbitrability is resolved "puts the cart before the horse." *See CIGNA Healthcare of St. Louis, Inc. v. Kaiser*, 294 F.3d 849, 855 (7th Cir. 2002); *Klepper v. SLI, Inc.*, 45 Fed. Appx. 136, 139 (3d Cir. 2002). Indeed, the Ninth Circuit has held that if a party is required to proceed with discovery while the





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

enforceability of an arbitration agreement is still being litigated "the advantages of arbitration—speed and economy—are lost forever" and that such a loss is serious and "perhaps, irreparable." *Alascom, Inc. v. ITTN Elec. Co*., 727 F.2d 1419, 1422 (9th Cir. 1984); *see Winig v. Cingular Wireless*, No. C-06-4297-MMC, 2006 U.S. Dist. LEXIS 83116, at *6 (N.D. Cal. Nov. 6, 2006).

The Parties wish to avoid the time and cost of discovery until the Court has resolved the issue of the proper forum for this matter and decided Defendants' Motion to Compel Arbitration. *See Mundi v. Union Sec. Life Ins. Co*., No. CVF-06-1493, 2007 U.S. Dist. LEXIS 64012, at *16-17 (E.D. Cal. Aug. 15, 2007). Defendants are additionally concerned that participating in discovery and other proceedings while the Motion to Compel Arbitration is pending could be viewed as a waiver of their position that the matter should be arbitrated.

Therefore, the Parties have agreed and request that all discovery and associated discovery deadlines in this case be stayed pending resolution of Defendants' Motion to Compel Arbitration.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the Parties' second request for a stay in this matter and is made in good faith and not for the purpose of delay.

Dated this 3rd day of September, 2024.

| FISHER & PHILLIPS LLP | JENNINGS & FULTON, LTD. |
| --- | --- |
| By: /s/ *Allison L. Kheel, Esq.*<br>DAVID B. DORNAK, ESQ.<br>ALLISON L. KHEEL, ESQ.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants* | By: /s/ *Logan G. Wilson, Esq.*<br>ADAM R. FULTON, ESQ.<br>LOGAN G. WILLSON, ESQ.<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

September 4, 2024

DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101