ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LADONAUGH HALL, an individual,<br><br>Plaintiff<br><br>vs.<br><br>COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL, a foreign corporation; FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No.: 2:23-cv-01206-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE RENEWED MOTION TO COMPEL ARBITRATION BRIEFING SCHEDULE**<br>**(FIRST REQUEST)**<br><br>[ECF No. 32] |

Plaintiff LADONAUGH HALL, by and through her attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendants COMPASS GROUP USA, INC. and FLIK INTERNATIONAL CORP., by and through their attorneys of record, DAVID B. DORNAK, ESQ. and ALLISON L. KHEEL, ESQ., of the law firm of FISHER & PHILLIPS LLP, hereby submit this Stipulation and Order to Extend the Renewed Motion to Compel Arbitration Briefing Schedule.

-1-

On September 3, 2024, Defendants filed their Renewed Motion to Compel Arbitration [ECF No. 29]. Plaintiff's Opposition is due on September 17, 2024 [ECF No. 29]. The parties have engaged in various discussions regarding the possibility of stipulating to submit the matter to arbitration. However, as the Arbitration Agreement for Associates [ECF No. 18-1] is silent as to the arbitration procedure, counsel seek an additional 14 days to confer with their clients and contact various arbitration providers to further evaluate submitting this matter for arbitration prior to the Court ruling on Defendants Renewed Motion to Compel Arbitration. This stipulation is made in good faith to determine if the parties can agree on the arbitration procedure and the arbitration provider regarding the same.

| | |
|---|---|
| Dated: September 17th, 2024 | Dated: September 17th, 2024 |
| **JENNINGS & FULTON, LTD.** | **FISHER & PHILLIPS LLP** |
| /s/ Logan G. Willson, Esq. | /s/ Allison L. Kheel, Esq. |
| ADAM R. FULTON, ESQ. | DAVID B. DORNAK, ESQ. |
| Nevada Bar No. 11572 | Nevada Bar No. 6274 |
| E-mail: afulton@jfnvlaw.com | ALLISON L. KHEEL, ESQ. |
| LOGAN G. WILLSON, ESQ. | Nevada Bar No. 12986 |
| Nevada Bar No. 14967 | 300 S. Fourth Street, Suite 1500 |
| E-mail: logan@jfnvlaw.com | Las Vegas, NV 89101 |
| 2580 Sorrel Street | Telephone: (702) 252-3131 |
| Las Vegas, Nevada 89146 | Email: ddornak@fisherphillips.com |
| *Attorneys for Plaintiff* | Email: akheel@fisherphillips.com |
| | *Attorneys for Defendants* |

Based on the parties' stipulation, the deadline for plaintiff to respond to defendants' renewed motion to compel arbitration is extended, nunc pro tunc, to October 21, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 7, 2024

-2-