ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LADONAUGH HALL, an individual,<br><br>Plaintiff<br><br>vs.<br><br>COMPASS GROUP USA, INC., d/b/a FLIK INTERNATIONAL, a foreign corporation; FLIK INTERNATIONAL CORP., d/b/a FLIK INTERNATIONAL, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | Case No.: 2:23-cv-01206-CDS-BNW<br><br>**STIPULATION AND ORDER TO STAY THE CASE PENDING ARBITRATION**<br><br>[ECF No. 34] |

Plaintiff LADONAUGH HALL, by and through her attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendants COMPASS GROUP USA, INC. and FLIK INTERNATIONAL CORP., by and through their attorneys of record, DAVID B. DORNAK, ESQ. and ALLISON L. KHEEL, ESQ., of the law firm of FISHER & PHILLIPS LLP, hereby submit this Stipulation and Order to Stay the Case Pending Arbitration.

On September 3, 2024, Defendants filed their Renewed Motion to Compel Arbitration [ECF No. 29]. The parties have agreed to attend arbitration pursuant to the terms of the Arbitration

Agreement for Associates [ECF No. 18-1]. The parties request this matter be stayed until the parties' complete arbitration.

In the event the parties are able to resolve the matter or there is a dispositive ruling in arbitration, the parties will notify this Court and submit any necessary filing regarding the same to dismiss this matter. By way of this stipulation, the parties agrees that Defendants Renewed Motion to Compel Arbitration shall be withdrawn and all briefing deadlines vacated.

Dated: October 21st, 2024

**JENNINGS & FULTON, LTD.**

/s/ Logan G. Willson, Esq.
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
E-mail: afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
E-mail: logan@jfnvlaw.com
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

Dated: October 21st, 2024

**FISHER & PHILLIPS LLP**

/s/ Allison L. Kheel, Esq.
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Email: ddornak@fisherphillips.com
Email: akheel@fisherphillips.com
*Attorneys for Defendants*

### Order

Based on the parties' stipulation, it is ordered that this action is stayed pending the completion of arbitration, and all pending deadlines are vacated. Defendants' request to withdraw its renewed motion to compel arbitration [ECF No. 29] is granted.

The parties must file a joint status report within fourteen days of the completion of arbitration. If the arbitration is not completed by February 21, 2025, the parties must file a joint status report to provide an update on the arbitration proceeding.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 22, 2024

-2-